JOHN F. WRIGHT, Appellant, *v.* JAMES M. MEADE, SAMUEL A. STOWELL, and LEVERETT C. STOWELL, Appellees.

APPEAL FROM IROQUOIS.

THIS case is similar in all respects, save in the names of appellees, to the preceding one.

WALKER, J. This record presents the same question as that of *Wright* v. *Curtis and Baker*, and is, therefore, governed by the same rules. The judgment of the court below is affirmed.

*Judgment affirmed.*